# EXHIBIT A



Toll Free: 888-572-3987
Fax: 847-897-3158
Email: myaccount@unifinrs.com
Website: www.unifinrs.com
Online Portal:
https://uoffer.unifinrs.com

| Account Summary | |
|---|---|
| Unifin Reference Number | ▉▉▉▉▉▉▉▉▉▉ |
| Debt Description | FIRST PREMIER BANK |
| Original Account Number | ************▉▉▉▉ |
| Original Creditor | Not Available |
| Current Creditor | JEFFERSON CAPITAL SYSTEMS, LLC |
| Jefferson Capital Ref Number | ▉▉▉▉▉▉▉▉▉▉ |
| Amount Due as of the Date of This Letter | $839.86 |

Dear Lakisha R Bland:

Your past due account(s) has/have been referred to our agency for collection. If you wish to resolve your obligation, call us at 888-572-3987 (US only) or 1-847-250-0041. All payments must come to our office to ensure proper credit to your account. **This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt or obtain a copy of a judgment and mail a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from current creditor.

If you are not disputing the bill and would like to take advantage of a discounted amount, we are able to take the following as a discounted offer or we can offer you a 12-month payment plan towards the balance in full to close out your account. Below are your options:

| 1 payment of **$587.90 (USD)** towards a discounted offer | 3 monthly payments of **$713.88 (USD)** towards a discounted offer | 12 monthly payments of **$839.86 (USD)** towards the balance in full |
|---|---|---|

The above discounted offer or payment plan will represent a release of further obligation if your payment(s) is not charged back by your bank, or returned to us for any reason. The discounted offer expires 30 days from February 18, 2019. Expired offers may be renegotiated after the expiration date with one of our agents by calling 888-572-3987 or emailing us at: myaccount@unifinrs.com. If none of these options work for you, please call our office to discuss a hardship payment plan.

Please call us at 888-572-3987 to set up payments by phone at no extra charge, via our office that you will be accepting the discounted offer amount and the dates you plan to be sending in the payment(s). All payments must be made out to **Unifin, Inc** and please have your Unifin ID Number above on the payment instrument to be properly applied to your account.

Sincerely,
Unifin Inc. Management

Office hours are: Monday-Thursday 8am-7pm | Friday 8am-5pm (All times are Central Standard Times, CST)
Our fax number is 847-897-3158, or you can email us at: myaccount@unifinrs.com.
All written correspondence must be sent to the following address: Unifin, Inc. P.O.Box 4519, Skokie, IL 60076-4519

This page is 1 of 2. Please review all 2 pages for important information.

UNFN / N021 / 799000420445                                                                                                     71660 / 0033180 / 0120

---

P.O. Box 4519
Skokie, IL 60076-4519

If you wish to make a payment using a different payment method or discuss other offers please call our office at 888-572-3987 or go to https://uoffer.unifinrs.com by typing in the url to your browser or by using the QR code.



02/18/2019

Lakisha R Bland
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Unifin, Inc
P.O. Box 4519
Skokie, IL 60076-4519

DO NOT SEND CASH. MAKE CHECKS PAYABLE TO: UNIFIN INC.
PLEASE INSURE YOU INCLUDE YOUR UNIFIN ID NUMBER
▉▉▉▉▉▉▉▉▉▉ ON YOUR CHECK.